## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

K. MIZRA LLC,

      Plaintiff,

v.

SONICWALL INC.,

      Defendant.

C.A. No.: 25-047-JFM

JURY TRIAL DEMANDED

### NOTICE OF SETTLEMENT AND MOTION FOR CASE STAY

Plaintiff K. Mizra LLC ("Plaintiff") respectfully notifies the Court that the parties in the above noted case have reached an agreement in principle to resolve this case. Plaintiff intends to voluntarily dismiss this action after the parties effectuate a final settlement agreement. As a result, Plaintiff respectfully requests that the Court stay all cases deadlines, including the deadline for Defendant Sonic Wall Inc. ("Defendant") to answer, move, or otherwise respond to Plaintiff's Complaint (D.I. 1) through and including May 30, 2025.

Plaintiff respectfully submits that good cause is present to grant the requested extension under these circumstances because Plaintiff and Defendant have reached an agreement in principle to resolve this suit, and Plaintiff intends to file dismissal papers with the Court on or before May 30, 2025.

Dated: April 24, 2025                                    BAYARD, P.A.

SHERIDAN ROSS P.C.                                       */s/ Ronald P. Golden III*
                                                         Stephen B. Brauerman (No. 4952)
Robert R. Brunelli                                       Ronald P. Golden, III (No. 6254)
Brian S. Boerman                                         600 N. King Street, Suite 400
Tristan D. Lewis                                         Wilmington, DE 19801
1560 Broadway, Suite 1200                                (302) 655-5000
Denver, Colorado 80202-5141                              sbrauerman@bayardlaw.com
(303) 863-9700                                           rgolden@bayardlaw.com
litigation@sheridanross.com
rbrunelli@sheridanross.com                               *Attorneys for Plaintiff K.Mizra LLC*
bboerman@sheridanross.com
tlewis@sheridanross.com


SO ORDERED, this ___ day of April, 2025:


_____
UNITED STATES DISTRICT JUDGE

2